**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

**CASE NO: 3:22-cv-00548-SPM**

| | |
|---|---|
| **JENNIFER STATEN**<br>individually and on behalf of all<br>others similarly situated, | **CLASS ACTION** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| **AUFFENBERG HYUNDAI, INC.,** | |
| Defendant.<br>_____/ | |

**NOTICE OF SETTLEMENT**

Plaintiff Jennifer Staten hereby gives notice that the Parties have reached a settlement with respect to Plaintiff's individual claim.

Plaintiff anticipates filing a dismissal with prejudice as to Plaintiff's individual claim within thirty (30) days and without prejudice as to any claims of the proposed class.

Dated: August 10, 2022

Respectfully Submitted,

**EISENBAND LAW, P.A.**

*/s/ Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
515 E. Las Olas Boulevard, Suite 120

 Ft. Lauderdale, Florida 33301

Email: MEisenband@Eisenbandlaw.com

Telephone: 954.533.4092

*Counsel for Plaintiff*