## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JENNIFER STATEN, individually
and on behalf of all others similarly
situated,

            **Plaintiff,**

v.

AUFFENBERG HYUNDAI, INC.,

            **Defendant.**

Case No. 3:22-cv-00548-SPM

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to Plaintiff's Notice of Voluntary Dismissal With Prejudice filed September 7, 2022, (Doc. 29), against Defendant Auffenberg Hyundai, Inc., this action is **DISMISSED with prejudice,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    **DATED:   September 12, 2022.**

                            MONICA STUMP
                            Clerk of Court

                            By:  s/ *Jackie Muckensturm*
                                 Deputy Clerk

**APPROVED: s/ *Stephen P. McGlynn***
                STEPHEN P. MCGLYNN
                U.S. District Judge